# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Richard E. Nellom-Ruffin,

    Petitioner,    JUDGMENT IN A CIVIL CASE

vs.    3:07-cv-8-2

United States of America

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2007 Order.

**Signed: April 23, 2007**

Frank G. Johns, Clerk
United States District Court